■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS VASQUEZ, Appellant. [851 NYS2d 55]—Judgment, Supreme Court, New York County (Arlene R. Silverman, J.), rendered on or about October 11, 2005, as amended June 6, 2006, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Saxe, Gonzalez, Buckley and Catterson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ORTIZ, Appellant. [851 NYS2d 55]—Judgment of resentence, Supreme Court, New York County (Arlene Goldberg, J.), rendered on or about March 22, 2007, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Saxe, Gonzalez, Buckley and Catterson, JJ.